**Order entered November 22, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-01330-CV

### IN RE VENKY VENKATRAMAN, Relator

**Original Proceeding from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF04-11968**

## ORDER

Before Justices Lang-Miers, Myers, and Boatright

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.


/s/     LANA MYERS
          JUSTICE